UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILLIP ALLEN WARREN,<br><br>        Defendant. | Case No. 1:12-CR-286-BLW<br><br>**FINAL ORDER OF FORFEITURE** |

      WHEREAS, on July 5, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 28) pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), based upon the Rule 11 Plea Agreement (filed under seal) entered into in the above case between PHILLIP ALLEN WARREN and the United States, forfeiting properties described in the forfeiture allegation of the Information and as set out in the Preliminary Order.

      WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of

FINAL ORDER OF FORFEITURE - 1

the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C); and whereas no claims were filed. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (Dkt. No. 43) is GRANTED. The Court further directs the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E) to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

    A.   <u>Cash Proceeds:</u>   At least $25,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the offenses of conviction, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

FINAL ORDER OF FORFEITURE - 2

      B.      <u>Firearms and Ammunition associated therewith:</u>

           a.      One (1) Hi-Point, Model JCP, .40 semi-automatic pistol, bearing serial number X7138497; and

           b.      Miscellaneous ammunition.

Having clear title, and pursuant to 21 U.S.C. § 853(n)(7), the United States may warrant good title to any subsequent purchaser or transferee.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order and as to related forfeiture matters herein; and

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: October 28, 2013

*(signature)*

B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE - 3